IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cr-10101-STA |
| | ) |
| SOLOMON CLAY, | ) |
| | ) |
| Defendant. | ) |

ORDER CONTINUING REPORT DATE/SCHEDULING CONFERENCE
AND NOTICE OF RESETTING

The Report Date/Scheduling Conference in this matter is set for November 9, 2018 before Chief Judge S. Thomas Anderson. The Report Date/Scheduling Conference in the above styled matter shall be reset. The Report Date/Scheduling Conference is hereby reset to **November 8, 2018, at 2:00 p.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 23rd day of October, 2018.

s/ S. Thomas Anderson
Chief United States District Judge